IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH STEVEN THOMASON,

    Petitioner,                 No. CIV S-04-1996 GEB KJM P

    vs.

D.L. RUNNELS,

    Respondent.              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Petitioner challenges his July 1, 2002 convictions for assault with a deadly weapon and threatening to inflict great bodily injury and the finding that he had suffered prior felony convictions.

        By an order filed May 5, 2005, the original petition was dismissed because it contained both exhausted and unexhausted claims and petitioner's request for a stay in order to complete exhaustion was denied.   On May 31, 2005, petitioner filed an amended petition containing only the exhausted claim and a request for information on how to proceed once the California Supreme Court has acted on his exhaustion petition, which the court will interpret as a renewed request for a stay.

        Petitioner has alleged that the claims now pending in the California courts were not exhausted earlier because appellate counsel refused to raise them; petitioner has shown cause

1

for his failure to exhaust earlier. The claims themselves include judicial bias and prosecutorial misconduct, including a violation of the duty under Brady v. Maryland, 373 U.S. 83 (1963); the court cannot find that these claims are "plainly meritless." Rhines v. Weber, ___ U.S. ___, 125 S.Ct. 1528, 1535 (2005).

IT IS HEREBY ORDERED:

1. Petitioner's May 31, 2005 request for a stay of proceedings is granted;

2. Within ninety days of the date of this order, petitioner shall file a status report on the progress of the state exhaustion petition.

3. If the state exhaustion proceeding is not completed within one hundred eighty days of the date of this order, petitioner shall file a second status report, and further reports at ninety day intervals until the exhaustion process is completed.

4. Within thirty days of the California Supreme Court's resolution of the state action, petitioner shall file a motion to lift the stay together with either a motion to dismiss the action or a motion to file a second amended petition, along with a copy of the proposed second amended petition.

5. Petitioner is advised his failure to comply with the time limits of this order may result in an order lifting the stay.

DATED: July 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
thom1996.sty