IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMASON,

      Petitioner,            No. CIV S-04-1996 GEB KJM P

   vs.

BILL LOCKYER, et al.,

      Respondents.       <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file a reply to the respondents' answer pursuant to the court's order of December 14, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's March 1, 2007 request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file a reply to the respondents' answer.

DATED: March 15, 2007.

_____
U.S. MAGISTRATE JUDGE

/bb
thom1996.111