IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH STEVEN THOMASON,

      Petitioner,                     No. CIV S-04-1996 GEB KJM P

   vs.

D.L. RUNNELS,

      Respondent.                 <u>ORDER</u>

                                /

        Petitioner has requested an extension of time to file and serve objections to the February 26, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's request for an extension of time (docket no. 32) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the February 26, 2008 findings and recommendations.

DATED: March 17, 2008.

                                                  U.S. MAGISTRATE JUDGE

/mp
thom1996.111