IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMASON,

      Petitioner,               No. CIV S-04-1996 GEB KJM P

   vs.

D.L. RUNNELS,

      Respondent.           <u>ORDER</u>

_____/

        On April 17 and May 13, 2008, petitioner wrote to the court, explaining that his legal material had been taken from his cell. In order to facilitate petitioner's preparation of his objections to the findings and recommendations, the court will direct the Clerk to provide a copy of the findings and recommendations in this case.

        IT IS THEREFORE ORDERED that:

        1. The Clerk of the Court is directed to send petitioner a copy of the findings and recommendations (docket no. 31); and

////

////

////

1

2. Petitioner is given an additional thirty days from the date of this order in which to file objections to the findings and recommendations.  No further extensions of time will be granted.

DATED:  June 18, 2008.

_____
U.S. MAGISTRATE JUDGE

2
thom1996.ord