IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMASON,

          Petitioner,               No. CIV S-04-1996 GEB KJM P

     vs.

D.L. RUNNELS,

          Respondent.         <u>ORDER</u>

_____/

        Petitioner has filed a third request for an extension of time to file objections to the court's finding and recommendations filed on February 26, 2008.  In the court's order of June 18, 2008, plaintiff was informed that no further extensions of time would be granted.  Due to the circumstances identified in petitioner's third request, the court will grant one further extension.

        In a letter filed September 2, 2008, petitioner asks whether the petition considered by the court was supported by portions of the transcript.  The court ruled on the amended petition, filed January 26, 2006; its exhibits included excerpts of the trial transcript.  In addition, respondent lodged the entire trial transcript on February 8, 2007, which the court considered in its ruling on the writ.

/////

/////

/////

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Petitioner's July 30, 2008 third request for an extension of time (docket no. 40) is granted; and

2.  Petitioner is granted fifteen days from the date of this order in which to file objections to the findings and recommendations.  No further extensions of time will be granted.

DATED:  September 11, 2008.

_____
U.S. MAGISTRATE JUDGE

thom1996.3eot