IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH STEVEN THOMASON,

    Petitioner,                    2:04-cv-1996-GEB-KJM-P

    vs.

D.L. RUNNELS,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 26, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner was granted three extensions of time in which to file objections. No objections to the findings and recommendations have been filed.

///

///

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4      1. The findings and recommendations filed February 26, 2008, are adopted in
5  full; and
6      2. Petitioner's application for a writ of habeas corpus is denied.

Dated:  December 22, 2008

GARLAND E. BURRELL, JR.
United States District Judge